IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OMAR BOCANEGRO,
    Plaintiff,

vs.                        Case No.:  3:06cv249/RV/EMT

[No Named Defendant],
    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 11, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

    Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff's motion to dismiss (Doc. 7), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 16th day of October, 2006.

                              /s/ *Roger Vinson*
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**